**No. 10-82. United States, Petitioner v. Ricardo Gonzalez.**

564 U.S. 1032, 131 S. Ct. 3055, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4857, ▮

June 27, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Davis v. United States, 564 U.S. 229, 131 S. Ct. 2419, 180 L. Ed. 2d 285 (2011). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 578 F.3d 1130.

**No. 10-1007. Kentucky, Petitioner v. Reyes Velasquez.**

564 U.S. 1032, 131 S. Ct. 3082, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4921.

June 27, 2011. On petition for writ of certiorari to the Court of Appeals of Kentucky. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Court of Appeals of Kentucky for further consideration in light of Davis v. United States, 564 U.S. 229, 131 S. Ct. 2419, 180 L. Ed. 2d 285 (2011).

**No. 10-1091. Colorado, Petitioner v. Jeffrey Allen Key.**

564 U.S. 1033, 131 S. Ct. 3061, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4912.

June 27, 2011. On petition for writ of certiorari to the United States Court of Appeals of Colorado. Petition for writ of certiorari to the Court of Appeals of Colorado granted. Judgment vacated, and case remanded to the Court of Appeals of Colorado for further consideration in light of Davis v. United States, 564 U.S. 229, 131 S. Ct. 2419, 180 L. Ed. 2d 285 (2011).

**No. 10-1087. Steven J. Thorogood, et al., Petitioners v. Sears, Roebuck & Company.**

564 U.S. 1032, 131 S. Ct. 3060, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4939.

June 27, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Smith v. Bayer Corp., 564 U.S. 299, 131 S. Ct. 2368, 180 L. Ed. 2d 341 (2011).

Same case below, 624 F.3d 842.

**No. 10-10108. Everett A. Burnett, Petitioner v. Donna Sperry, et al.**

564 U.S. 1033, 131 S. Ct. 3066, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4879.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.